No. 760. DAVID J. SHEEHAN *v.* BRADDOCK COAL COMPANY. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Frederick E. Shaw* for petitioner. *Mr. Jasper N. Johnson* for respondent.

---

No. 769. CLAUDE W. JOHNSON, TRUSTEE, ETC. *v.* LOUISVILLE TRUST COMPANY ET AL. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. David R. Castleman* and *Mr. Emile Steinfeld* for petitioner. *Mr. Eugene R. Attkisson* and *Mr. Elliott K. Pennebaker* for respondents.

---

No. 770. JOHN E. MATHEWSON, AS ADMINISTRATOR, ETC. *v.* ELIZABETH JANE RICHARDS. March 3, 1924. Petition for a writ of certiorari to the Supreme Court of the State of Kansas denied. *Mr. Jacob A. Overlander* and *Mr. Roger Foster* for petitioner. No appearance for respondent.

---

No. 773. GEORGE D. PROCTOR *v.* M. WILLIAM ROSSI ET AL. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph A. Seidman* for petitioner. *Mr. Moses Cohen* for respondents.

---

No. 777. READING COMPANY, SUCCESSOR TO PHILADELPHIA & READING RAILWAY COMPANY, *v.* ESTHER H. FESSLER, AS ADMINISTRATRIX, ETC. March 3, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Clarke Mason* for petitioner. *Mr. Frank F. Davis* for respondent.